**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 2, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01028-CV

———————

## IN RE WAL-MART STORES TEXAS, L.L.C., TORIS SUMBLER AND DARRELL BARRAS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-50694**

---

## M E M O R A N D U M   O P I N I O N

On December 1, relators filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relators asked this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate his orders of November 22, 2011, and

further order that relators' motion to compel be granted. Relators also filed a motion for temporary relief requesting we stay the underlying proceedings.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and request for temporary relief.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.